JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUN SUK JOO, | Case No. CV 07-3418-GPS (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

DATED: May 8, 2008

GEROGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE